

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2018

No. 04-18-00636-CV

Margaret Ann **STRICKHAUSEN**,
Appellant

v.

**PETROHAWK OPERATING COMPANY N/K/A
BHP BILLITON PETROLEUM (TXLA) OPERATING COMPANY**;
Petrohawk Properties, LP n/k/a BHP Billiton Petroleum Properties (N.A.),L.P.;
Segundo Navarro Drilling, Ltd.; First Rock I, LLC; EF Non-Op, LLC;
and  CEU Hawkville, LLC nka South Texas Shale, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00130-CVL
Honorable Judge Russell Wilson Presiding

# O R D E R

The Appellant's Unopposed First Motion for Extension of Time to File Petition for Interlocutory Appeal is hereby GRANTED.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

